RECEIVED
JAN 0 9 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 5:14-cv-3374 |
| VS. | SECTION P |
| | JUDGE STAGG |
| SUSAN WALL GRIFFEN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** authorization to file this clearly frivolous complaint is **DENIED** and that all pleadings be stricken from the record.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of January, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE